■ SERF REALTY Co., Respondent-Appellant, and BENNI-GAN'S OF NEW YORK, INC., Appellant-Respondent, v STATE OF NEW YORK, Respondent. (Claim No. 83713.) [615 NYS2d 273] — Appeal by Serf Realty Co. and cross-appeal by Bennigan's of New York, Inc., from stated portions of an order of the Court of Claims (Silverman, J.), dated February 5, 1992.

Ordered that the order is affirmed insofar as appealed and cross-appealed from, without costs or disbursements, for reasons stated by Justice Silverman at the Court of Claims. Thompson, J. P., Rosenblatt, Pizzuto and Florio, JJ., concur.

■ SERF REALTY Co., Appellant, v BENNIGAN'S OF NEW YORK, INC., Respondent. [615 NYS2d 274] —Appeal by the plaintiff from stated portions of an order of the Supreme Court, Nassau County (Roncallo, J.), dated November 12, 1992.

Ordered that the order is affirmed insofar as appealed from, with costs, for reasons stated by Justice Roncallo at the Supreme Court. Thompson, J. P., Rosenblatt, Pizzuto and Florio, JJ., concur.